FILED

01/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0482

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0482

A.C.I. CONSTRUCTION, LLC,

       Plaintiff and Appellant,

  v.

ELEVATED PROPERTY INVESTMENTS, LLC,
LEASE OPTION SOLUTIONS, LLC, WESTERN
BUILDING CENTER, JUSTIN NORBERG,
NORBERG ELECTRIC, LLC, and MONTANA
DIRT WORKS,

       Defendants and Appellees.
.

                                        O R D E R

---

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on January 22, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P 10(2) requires copies of all papers filed to be served on all parties to the appeal or review. Appellant's opening brief does not certify service upon named parties Western Building Center, Justin Norberg, Norberg Electric, LLC, and Montana Dirt Works.

M. R. App. P 12(6)(b)(v) requires that both the cover page and first page of the brief contain the names, mailing addresses, telephone, fax numbers, and email addresses, if any, of all parties, including those not represented by counsel.

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to mail a true copy of this Order to the Appellant and to all parties of record.

DATED this 25th day of January, 2021.

For the Court,

By _____

Justice

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
January 25 2021